UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORRES-HURTADO,<br><br>             Petitioner,<br><br>    v.<br><br>USP LOMPOC WARDEN, JOHN DOE,<br><br>             Respondent. | Case No. 1:23-cv-00040-HBK (HC)<br><br>ORDER TRANSFERRING CASE TO THE WESTERN DIVISION OF THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

      Petitioner, a federal inmate, initiated this action while incarcerated at the United States Penitentiary in Lompoc, California, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging miscalculation by the Bureau of Prisons ("BOP") in the execution of his sentence. (Doc. No. 1 at 2, 4). The Court TRANSFERS this petition to the Central District of California.

      Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). However, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

1  Because Petitioner filed the petition while incarcerated at the United States Penitentiary in
2  Lompoc, California, which lies in the Western Division of the United States District Court for the
3  Central District of California, the Court finds in its discretion "and in furtherance of justice" the
4  petition should be transferred to the Western Division of the Central District of California. 28
5  U.S.C. §§ 1404(a), 2241(d).

6  **Accordingly:**

7  1. The Clerk shall transfer this action to the United States District Court for the Central
8  District of California, Western Division; and

9  2. All future filings shall reference the new case number assigned and shall be filed at:

United States District Court
Central District of California
Western Division
255 East Temple Street
Los Angeles, CA 90012-3332

Dated:     January 12, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2